IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:18CR119 |
| | § | Judge Mazzant |
| MUZAMIL KHAN (1) | § | |
| SADIA KHAN     (2) | § | |

| | |
|---|---|
| **Presiding Judge:** Amos L. Mazzant | **Courtroom Deputy:** Keary Conrad |
| **Trial Date(s):** May 13, 2019 | **Court Reporter:** Jan Mason |
| **Attorneys for Plaintiff** | **Attorneys for Defendants** |
| Marisa J. Miller, AUSA | James Whalen & Ryne Sandel |
| Alan R. Jackson, AUSA | Jeffrey King |

## GOVERNMENT'S TRIAL EXHIBIT LIST

| Ex # | Description | Offered | Excluded | Admitted | Witness Testifying |
|---|---|---|---|---|---|
| 1A | Frisco PD Body Camera Recording – Part 1 | | | | |
| 1B | Transcript of Exhibit 1A, Part 1 Body Camera Recording | | | | |
| 2A | Frisco PD Body Camera Recording – Part 2 | | | | |
| 2B | Transcript of Exhibit 1A, Part 2 Body Camera Recording | | | | |
| 3A | Frisco PD Body Camera Recording – Part 3 | | | | |
| 3B | Transcript of Exhibit 1A, Part 3 Body Camera Recording | | | | |
| 4A | Frisco PD Body Camera Recording – Part 4 | | | | |
| 4B | Transcript of Exhibit 1A, Part 4 Body Camera Recording | | | | |
| 5 | Photographs of Pond Cypress Lane | | | | |
| 6 | Photographs of Grandview Drive | | | | |
| 7 | State Department DS-160 | | | | |
| 8 | State Department NIV Summary | | | | |
| 9 | Employment Contract | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 10 | Foreign Affairs Manual, Chapter 9 | | | | |
| 11 | Extended Stay America Records | | | | |
| 12 | 12522 Pond Cypress Lane Rental Application and Attachments | | | | |
| 13 | 12522 Pond Cypress Lane Lease Agreement | | | | |
| 14 | Citibank, N.A. Bank Records | | | | |
| 15 | Jupiter Networks – M. Khan Employment Application | | | | |
| 16 | Jupiter Networks – M. Khan Signed Employment Offer Letter | | | | |
| 17 | Western Union Transfer Records | | | | |
| 18 | Experian Credit Report Records | | | | |
| 19 | Collin County Clerk – Deed to 12162 Grandview Drive | | | | |
| 20 | Bank of America – Bank and Loan Records | | | | |
| 21A | Handwritten notes between A. Abdela and M. Abera | | | | |
| 21B | Translation of Exhibit 5A, handwritten notes | | | | |
| 22A | Interview of Muzamil Khan | | | | |
| 22B | Transcript of Exhibit 6A, Interview of M. Khan | | | | |
| 23 | Documents Provided by M. Khan on 8-4-18 | | | | |
| 24 | Consent to Search signed by S. Khan | | | | |
| 25 | Receipt Book | | | | |
| 26 | Box of AA's Clothing and Bedding | | | | |
| 27 | Manpower Recruitment & Supply Log | | | | |
| 28 | Western Union Receipt | | | | |
| 29 | Photographs of Khan Residence | | | | |

        Respectfully submitted,

        JOSEPH D. BROWN
        United States Attorney

        */s/Marisa J. Miller*
        MARISA J. MILLER
        Assistant United States Attorney
        New York Bar No. 4366415
        101 East Park Boulevard, Suite 500
        Plano, Texas 75074
        (972) 509-1201
        (972) 509-1213 (fax)
        Marisa.Miller@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that on May 6, 2019, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of this document to be delivered to counsel for the defendants, James Whalen, Ryne Sandel, and Jeffrey King, via electronic mail.

        */s/Marisa J. Miller*
        MARISA J. MILLER

3