IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:18CR119 |
| v. | § | Judge Mazzant |
| | § | |
| MUZAMIL KHAN (1) | § | |

## ELEMENTS OF THE OFFENSE

The defendant, **Muzamil Khan (Khan)**, is charged in Count One of the Information with violating of 18 U.S.C. § 1597(a)(3) (Unlawful Conduct with Respect to Immigration Documents). The elements of the offense that the government must prove beyond a reasonable doubt, but that **Khan** would admit if his plea is accepted, are:

1. The defendant knowingly destroyed, concealed, removed, confiscated or possessed the passport or other immigration document of another individual;

2. The defendant acted in order to maintain, prevent, or restrict the labor or services of the individual; and

3. The defendant did so without lawful authority.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

/s/
MARISA J. MILLER
Assistant United States Attorney
New York Bar No. 4366415
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972)509-1201
Marisa.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to opposing counsel on November 27, 2019.

/s/
Marisa J. Miller