IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:18CR119 |
| v. | § | Judge Mazzant |
| | § | |
| MUZAMIL KHAN (1) | § | |

## FACTUAL BASIS

The defendant, **Muzamil Khan**, stipulates and agrees that the following facts are true and correct:

1. The defendant, **Muzamil Khan (Khan)**, who is changing his plea to guilty, admits that he is the individual charged in the Information.

2. As charged in Count One of the Information, between on or about July 23, 2016, and on or about September 11, 2017, in the Eastern District of Texas, and elsewhere, **Khan** did knowingly destroy, conceal, remove, confiscate, and possess an actual passport or other immigration document of an individual.

3. Specifically, **Khan**, his family, and an Ethiopian national who he employed as a nanny and domestic servant, known hereafter as "Victim 1," boarded a plane in Dubai, United Arab Emirates, to travel to Frisco, Texas, within the Eastern District of Texas. **Khan** confiscated and took possession of Victim 1's Ethiopian passport containing a B1/B2 nonimmigrant temporary visitor visa for entry into the United States.

4. **Khan** kept, maintained, and possessed Victim 1's passport, containing a B1/B2 nonimmigrant temporary visitor visa for entry into the United States, at his

residence in Frisco, Texas, within the Eastern District of Texas, until September 11, 2017.

5.  **Khan** admits that he knowingly confiscated and possessed Victim 1's passport and visa without lawful authority.

6.  **Khan** further admits that he confiscated and possessed Victim 1's passport and visa in order to maintain, prevent, or restrict the labor or services of Victim 1.

7.  At all times relevant to the Information, Victim 1 was solely in **Khan's** employment and was unable to leave the United States or seek alternative employment without possession of Victim 1's passport and B1/B2 nonimmigrant temporary visitor visa for entry into the United States.

### SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT MUZAMIL KHAN

I have read this Factual Basis and have discussed it with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes my acts.

Dated: 11/26/2019

MUZAMIL KHAN
Defendant

### SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR DEFENDANT

I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Basis.

Dated: 11/26/2019

JAMES P. WHALEN
Attorney for the defendant