| | | | |
|---|---|---|---|
| DATE 6/12/2020 | | CASE NUMBER 4:18cr119-1 CAN | |
| LOCATION Sherman Division | | USA | Assigned |
| JUDGE C. Nowak | | VS Marisa Miller | Appeared |
| DEPUTY CLERK K. Lee | | | |
| Court Reporter: Digital Recording | | MUZAMIL KHAN | |
| USPO L. Wright-Bailey | | | Defendant |
| INTERPRETER Not Required | | James Whalen | |
| BEGIN 9:58 a.m./10:09 a.m. | | | |
| | | | Attorney |

## SENTENCING

✓ Sentencing held            ✓ Sentencing called            ✓ Dft placed under oath
☐ Court adopts presentence report    ✓ Court Accepts Plea Agreement
✓ Govt has no objection to presentence report. Defendant objects to fine.
✓ Court adopts presentence report w/exception of: imposition of fine in recommended amount
☐ Court departs from guidelines     ☐ on motion of the govt    ☐ other: _____

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | | $4,472.00 | $31,000.00 | 5 years | | | | $25.00 |

**SPECIAL CONDITIONS:**     *interest waived *Court takes judicial notice that restitution has reportedly been paid in full.

✓ ...... Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local.
☐ ...... Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.
✓ ...... Dft must not incur new credit charges or open additional lines of credit without the approval of the probation officer unless payment of any financial obligation ordered by the Court has been paid in full.
✓ ...... Dft must not employ any live-in or domestic workers while on probation.
✓ ...... Dft must not sponsor any foreign national or petition on behalf of any foreign national, for any immigration benefit or for entry into the United States while on probation, including visa, applications for lawful permanent residency, or applications for citizenship.
✓ ...... Dft shall have no contact and avoid any contact with victim in this case.
✓ ...... Dft shall provide the probation officer with access to any requested **financial information**.
☐ ...... Dft remanded to the USM. ☐ Denial of **ALL** Federal benefits for a period of ____ years
☐ ...... Dft ordered to surrender_____ to ☐ USM ☐ designated institution.
☐ ...... Bond continued ☐ previous bond in this case $____ type____ ☐ other case No.____
☐ ...... Counts _____ dismissed on govt's motion. ☐ kdismcntoth._____.
☐ ...... Dft failed to appear    ☐ Order for arrest warrant   ☐ bond forfeited.
✓ ...... Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.
✓ ...... Dft remains on bond.
✓ ...... Govt moves to dismiss Indictment. To the extent Indictment reflects misdemeanor charge, this Court grants dismissal. To the extent Indictment reflects felony charge, this court will notify district court and recommend dismissal.

CRIM 92-118                                        ☐ _____Adjourn